DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JAMES P. GIEDER,

Appellant,

v.

FAWN RIDGE MAINTENANCE ASSOCIATION, INC.,

Appellee.

No. 2D22-1076

_____

September 15, 2023

Appeal from the County Court for Hillsborough County; J. Logan Murphy, Judge.

Daniel A. Bushell of Bushell Law, P.A., Fort Lauderdale, for Appellant.

John J. Cavaliere, III, and Francis E. Friscia of Friscia & Ross, P.A., Tampa, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, CASANUEVA, and KHOUZAM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.